| | | |
|---|---|---|
| CAAP–12–00 00998 | Coles v. State | Affirmed |
| CAAP–11–00 00121 | Silva v. State | Affirmed |

**May 5, 2014**

| | | |
|---|---|---|
| CAAP–13–00 00972 | State v. Hernandez | Affirmed |

**May 9, 2014**

| | | |
|---|---|---|
| CAAP–13–00 03337 | CD, In re | Affirmed |
| CAAP–12–00 00373 | State v. Otto | Affirmed |

**May 12, 2014**

| | | |
|---|---|---|
| CAAP–11–00 00561 | U.S. Bank Nat. Ass'n v. Rimarim | Affirmed |

**May 16, 2014**

| | | |
|---|---|---|
| CAAP–11–00 00343 | Bismark Mortg. Co., LLC v. Pai | Dismissed |

**May 19, 2014**

| | | |
|---|---|---|
| CAAP–12–00 00715 | Kapika v. State | Affirmed |

**May 23, 2014**

| | | |
|---|---|---|
| CAAP–12–00 00814 | State v. Ling | Affirmed |